# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

KEVIN MICHAEL EMERINE,

    Plaintiff,

v.

CO JIMMY WARD, *et al.*,

    Defendants.

Case No. 2:25-cv-1270
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

On November 25, 2025, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff Kevin Michael Emerine's Motion for Leave to Proceed *in Forma Pauperis* be denied. (ECF No. 2.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Mr. Emerine's Motion (ECF No. 1) is **DENIED**. Mr. Emerine is **ORDERED** to pay the $405.00 filing fee **within fourteen days** in order to proceed in this action.

    IT IS SO ORDERED.

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**