**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

KEVIN MICHAEL EMERINE,

      **Plaintiff,**

      **v.**

CO JIMMY WARD, *et al.*,

      **Defendants.**

                               **Civil Action 2:25-cv-1270**
                               **Chief Judge Sarah D. Morrison**
                               **Magistrate Judge Chelsey M. Vascura**

## REPORT AND RECOMMENDATION

Plaintiff, Kevin Michael Emerine, filed his Complaint against 52 Defendants on October 31, 2025. (ECF No. 1.) On June 8, 2026, the Court ordered Plaintiff to show cause within fourteen days why this action should not be dismissed without prejudice for failure to timely effect service of process over Defendants. (ECF No. 8.) To date, there has been no further activity on the docket.

Because Plaintiff has not responded to the Show Cause Order or effected service of process over Defendant, it is **RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** to Federal Rule of Civil Procedure 4(m) for failure to timely effect service of process.

## PROCEDURE ON OBJECTIONS

If any party objects to this Report and Recommendation, that party may, within fourteen (14) days of the date of this Report, file and serve on all parties written objections to those

specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s). A District Judge of this Court shall make a *de novo* determination of those portions of the Report or specified proposed findings or recommendations to which objection is made. Upon proper objections, a District Judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further evidence or may recommit this matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

2