**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**KEVIN MICHAEL EMERINE,**

:

**Plaintiff,**

**v.**

**CO JIMMY WARD, *et al.*,**

:

**Defendants.**

**Case No. 2:25-cv-1270**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") issued by the Magistrate Judge on July 10, 2026. (ECF No. 9.) Therein, the Magistrate Judge recommends that the Court dismiss this action without prejudice under Federal Rule of Civil Procedure 4(m) due to Plaintiff's failure to timely effect service of process over Defendants. (*Id.*)

On the same day as the R&R was issued, Plaintiff filed a notice of change of address. (ECF No. 10.) Accordingly, on July 14, 2026, the Clerk's Office sent the R&R to Plaintiff at his updated address. As of the date of this Order, the R&R has not been returned as undeliverable, and nothing indicates that Plaintiff has not received the same.

The parties were advised of the right to file objections to the R&R and of the consequences of failing to do so. (R&R, PAGEID # 112.) The time for filing objections has passed, and no objections have been filed.

Thus, for the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the R&R (ECF No. 9). This action is **DISMISSED without prejudice** for failure to timely effect service of process under Rule 4(m).

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**